**2011–0572.   Harsh v. Knab.**
In Habeas Corpus. On petition for writ of habeas corpus of Robert Harsh. Sua sponte, cause dismissed. Motions for appointment of counsel and for declaratory judgment and injunctive relief denied as moot.

O'Connor, C.J., and Pfeifer, Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2009–1873.   Hillman v. Edwards.**
Franklin App. Nos. 08AP–1063 and 08AP–1064, 2009-Ohio-5087. On demand for findings of fact and conclusions of law. Demand denied.

**2010–1473.   Hillman v. Edwards.**
Franklin App. Nos. 10AP–58 and 10AP–59, 2010-Ohio-3524. On demand for findings of fact and conclusion of law. Demand denied.

**2010–1536.   State ex rel. O'Shea & Assoc. Co., L.P.A. v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 93275, 190 Ohio App.3d 218, 2010-Ohio-3416. On request for oral argument. Request granted.

Pfeifer and O'Donnell, JJ., dissent and would reverse the judgment of the court of appeals.

**2011–0194.   Young v. Bradshaw.**
In Habeas Corpus. On request for findings of facts and conclusion of law. Request denied.

**2011–0422.   State ex rel. Lemons v. Kontos.**
Trumbull App. No. 2010–T–0101, 2011-Ohio-653. On appellee's motion to strike and/or dismiss. Motion denied, but appellant is ordered to properly serve his notice of appeal on appellee's counsel, and the cause will otherwise proceed in accordance with S.Ct.Prac.R. 6.2 through 6.7.

**2011–0438.   Schwering v. TRW Vehicle Safety Sys., Inc.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, case No. 1:10–CV–679. On review of preliminary memoranda pursuant to S.Ct.Prac.R. 18.6. The court will answer the following question:

"Where a jury has been empaneled and sworn and the trial has commenced for purposes of Ohio Civ.R. 41(A)(1)(a), and the trial court subsequently declares a mistrial, does Civ.R. 41(A)(1)(a) permit the plaintiff to unilaterally voluntarily dismiss his or her claims without prejudice?"

O'Donnell, J., dissents.

**2011–0504.   State v. Mitchell.**
Cuyahoga App. No. 94917, 2011-Ohio-477. On motion for leave to file delayed appeal. Motion granted.

**2011–0505.   State v. Nevins.**
Montgomery App. No. 24070, 2011-Ohio-389. On motion for leave to file delayed appeal. Motion granted.

O'Connor, C.J., dissents.

**2011–0508.   State v. McGrath.**
Cuyahoga App. No. 93445, 2010-Ohio-4477. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.

**2011–0518.   State v. Potchik.**
Montgomery App. No. 23865, 2011-Ohio-501. On motion for leave to file delayed appeal. Motion granted.

O'Connor, C.J., and Lanzinger, J., dissent.